Louis J. Hoffman (Ariz. State Bar #009722)
14614 N. Kierland Blvd., Ste. 300
Scottsdale, Arizona  85254
Tel.: (480) 948-3295
Fax: (480) 948-3387

Victoria Gruver Curtin (Ariz. State Bar #010897)
14614 N. Kierland Blvd., Ste. 300
Scottsdale, Arizona  85254
Tel.: (480) 998-3547
Fax: (480) 948-3387

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lemelson Medical, Education & Research Foundation, Limited Partnership,<br>          Plaintiff,<br><br>     vs.<br><br>Nexfor, Inc.; et al.<br>          Defendants. | **No. CIV-01-2288 PHX (HRH)**<br><br>MOTION TO DISMISS |

The Federal Circuit has determined that all claims of the patents-in-suit are unenforceable in *Symbol Technologies, Inc. v. Lemelson Medical, Education & Research Foundation, Limited Partnership,* United States Court of Appeals for the Federal Circuit, No. 04-1451.  Plaintiff therefore moves to dismiss this case in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).

Lemelson notes that certain defendants have filed counterclaims; however, most, if not all, of these counterclaims appear moot based on the decisions in the *Symbol* case. Absent any indication in response to this motion that any defendant intends to pursue

1  any counterclaim believed to survive these decisions, the Court should dismiss this case
2  in its entirety.
3     RESPECTFULLY SUBMITTED this 22nd day of December, 2005.
4                                         VICTORIA GRUVER CURTIN, P.L.C.

                                          By: *Victoria Curtin*
                                          Victoria Curtin
                                          14614 North Kierland Blvd., Suite 300
                                          Scottsdale, Arizona 85254
                                          Telephone: (480) 948-3295
                                          Facsimile: (480) 948-3387
                                          Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

Pursuant to Fed.R.Civ.P. 5(b), I certify that on the 22nd day of December, 2005, I personally caused to be served electronically and first-class mail, the attached document to:

David E. Weslow, Esq.
Blair M. Jacobs, Esq.
SUTHERLAND ASBILL & BRENNAN, LLP
1275 Pennsylvania Ave., NW
Washington, D.C.  20004
Attorneys for Cascades, Inc.

Michael A. Beale, Esq.
John A. Michaels, Esq.
BEALE & MICHAELS, P.C.
1440 E. Missouri Ave, Suite 150
Phoenix, Arizona 85014
Attorneys for St. Jude Medical

David K. Callahan, Esq.
200 East Randolph Drive
Chicago, Illinois 60601
Attorneys for Shire Pharmaceuticals Group plc.

William M. Madir, Esq.
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037-3213
Attorneys for NorskeCanada

Jonathan M. James, Esq.
Jay T. Stewart, Esq.
PERKINS COIE BROWN & BAIN, P.A.
2901 North Central Avenue
P.O. Box 400
Phoenix, Arizona 85001-0400
Attorneys for Domtar, Inc.

Ray Kendall Harris, Esq.
FENNEMORE CRAIG, P.C.
3003 N. Central Avenue
Suite 2600
Phoenix, AZ  85012
Attorneys for Tembec, Inc.

John P. Borgwardt, Esq.
3466 S.W. Doschview Ct.
Portland, Oregon
Attorneys for Nexfor Inc, and
Fraser Papers, Inc.

Trevor Jahnig
Tolko Industries
Box 39, 3203-30th Avenue
Vernon, British Columbia
Canada V1T 6M1

Michael D. Manson, Esq.
SMART & BIGGAR
2200-650 West Georgia Street
Box 11560, Vancouver Center
Vancouver, British Columbia
Canada V6B 4N8
Attorneys for Canfor Corporation

Dionne Miles
Andrx Corporation
c/o CSC
2711 Centerville Road, Ste. 400
Wilmington, DE  19808

John A.A. Bellamy
King Pharmaceuticals, Inc.
501 Fifth Street
Bristol, TN  37620

4

Barr Laboratories, Inc.
Attn: Mr. Hogan
2 Quaker Road
Pomona, NY  10970

Kendall-Jackson Wine Estates, Ltd.
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA  90017

Beringer Blass Wine Estates Company
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA  90017

Nvidia Corporation
2701 San Tomas Expressway
Santa Clara, CA  95050

West Pharmaceutical Services, Inc.
CSC, Attn: Kevin Shaffer
2730 Gateway Oaks Drive, Ste. 100
Sacramento, CA  95833

A copy of this document has been forwarded directly to Judge Holland via priority mail this 22nd day of December, 2005.

    */s/Laura Keller*
Laura Keller