IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
LEMELSON MEDICAL, EDUCATION &     )
RESEARCH FOUNDATION, L.P.,        )
                                  )
                   Plaintiff,     )
                                  )
        vs.                       )
                                  )
NEXFOR, INC., et al.              )
                                  )   CIV 01-2288 PHX (HRH)
                   Defendants.    )
_____)
```

ORDER OF DISMISSAL

  The Federal Circuit has determined that all claims of the patents-in-suit are unenforceable.  Plaintiff has therefore moved[1] to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(2).  None of the defendants has responded.

  IT IS ORDERED that plaintiff's action is dismissed in its entirety with prejudice.

  IT IS FURTHER ORDERED that the clerk of court shall forthwith enter final judgment dismissing this action in its entirety (all claims and counterclaims) as to all defendants.

  IT IS FURTHER ORDERED that any motion for attorney fees or costs by terminated defendants be made in accordance with Local Rule 54.2.  Counsel will please familiarize themselves with that

---

[1]   Clerk's Docket No. 56.

rule and follow the special motion procedures set forth for motions for attorney fees.

      DATED at Anchorage, Alaska, this <u>1st</u> day of February, 2006.

                                      <u>/s/ H. Russel Holland</u>
                                      United States District Judge